IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DENVER FENTON ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 112-052 |
| | ) |
| DENNIS BROWN, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been properly filed (doc. no. 28).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's amended complaint is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this _1ST_ day of April, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Despite Plaintiff having been advised on multiple occasions that Loc. R. 11.1 requires *pro se* litigants to sign *all* filings with the Court (see doc. nos. 19, 22), Plaintiff did not sign the instant objections (see doc. no. 28). More troubling, the handwriting on the objections does not match that of the filings in this case that bear Plaintiff's signature. (See doc. nos. 1, 4, 13.) Only parties to the case may submit objections to a Magistrate Judge's R&R, however. See 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); Loc. R. 72.3. Without his signature and in light of the handwriting discrepancy, the Court has no basis for concluding that these objections have in fact been submitted by Plaintiff. Thus, the Court concludes that no objections have been properly filed in this case. Even if they had been properly filed, however, the objections are meritless and do not have provide any basis for departing from the Magistrate Judge's recommendation.